IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY WATTIER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, Inc.;<br><br>　　　　　Defendant. | 4:12CV3108<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw Matthew R. Watson as counsel of record on behalf of Plaintiff Sherry Wattier, (filing no. 36), is granted.

January 23, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge