IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY WATTIER,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, Inc.;<br><br>               Defendant. | 4:12CV3108<br><br>**AMENDED PROGRESSION ORDER** |

      After conferring with counsel, the parties' oral motion to continue the trial date (filing 38) is granted, and the amended progression order is as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **July 16, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 2, 2013** at **1:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 1, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for filing motions to dismiss and motions for summary judgment remains January 31, 2013. Responses to motions for summary judgment shall be filed on or before March 4, 2013, with any reply filed on or before March 14, 2013.

January 24, 2013.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge