IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY WATTIER, | |
| Plaintiff, | 4:12CV3108 |
| vs. | |
| UNITED PARCEL SERVICE, Inc.; | MEMORANDUM AND ORDER |
| Defendant. | |

After conferring with the parties,

IT IS ORDERED:

1) The trial and pretrial conference in this case are continued.

2) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **August 27, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 13, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 12, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.[1]

---

[1] Note: Any attorney who wishes to attend in person may do so. But under such circumstances, you must notify the court in advance so the pretrial conference can be held in the courtroom and everyone, including those appearing remotely, can simultaneously see the judge's computer monitor.

2

4) The deadlines for responding to the pending motion for summary judgment are:

        For the plaintiff:        July 10, 2013
        Defendant's reply:        July 16, 2013

July 1, 2013.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge