IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY WATTIER, | |
| Plaintiff, | 4:12-CV-3108 |
| vs. | |
| UNITED PARCEL SERVICE, INC., | JUDGMENT |
| Defendant. | |

In accordance with the parties' stipulation (filing 57), this case is dismissed, with prejudice, and without attorney fees or costs to any party.

Dated this 10th day of September, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge